# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHN CLINTON, JR.,**

      **Plaintiff,**

**v.**                                         **Case No:   6:15-cv-914-Orl-37KRS**

**TRICARE,**

      **Defendant.**

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntarily Dismissal (Doc. 9), filed August 6, 2015.   No answer has been filed.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED**.   The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida, this 7th day of August, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record